THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondents, *v.* DANIEL D. WYLIE, Appellant.

(Submitted October 22, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 2, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Wm. F. MacRae* for appellant.

*David J. Dean* for respondents.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.

---

CHARLES G. DAHLGREN, Appellant, *v.* JEREMIAH DEVLIN, Respondent.

(Argued October 24, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made the second Monday of February, 1886, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*W. E. Osborn* for appellant.

*Frank J. Dupignac* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.